IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZLOCK, P.C., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 20-2585 |
| CONTINENTAL CASUALTY COMPANY, | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 30th day of March, 2021, upon consideration of Defendant Continental Casualty Company's Motion to Dismiss (Doc. No. 11), Plaintiff Zlock, P.C.'s Response (Doc. No. 16), Defendant's Reply Brief (Doc. No. 18), and Defendant's Notices of Supplemental Authority (Doc. Nos. 21 and 22), it is hereby **ORDERED** that the Motion is **DENIED AS MOOT** and that the Complaint is **DISMISSED WITHOUT PREJUDICE** as set forth in the accompanying Memorandum Opinion. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**